UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 2:06-mj-82 KJM

Desmond Y. Hayes

ORDER TO PAY

**FILED**
MAR 1 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SOCIAL SECURITY #: 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
DATE OF BIRTH: 08/03/86
DRIVER'S LICENSE #: B7 825386
ADDRESS: 1710 Southwood dr
         Vacaville    CA    95687
         CITY        STATE  ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 3/14/06

_____
DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(X) Fine: $ 200 _____ and a penalty assessment of $ 10 _____ for a TOTAL AMOUNT OF: $ 210 _____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____
(X) 6 months court probation, to terminate upon completion of fine payment.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                          CLERK, USDC              CLERK, USDC    2nd Floor
CENTRAL VIOLATIONS BUREAU (SA) 1130 O STREET, RM 5000   501 "I" STREET
POST OFFICE BOX 740026         FRESNO, CA 93721         SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 3-14-06

_____
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-LOM                                                              EDCA—3